UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: 22-522 |
| v. | : | |
| QUENTIN SESSIONS | : | SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Rebecca Sussman, Assistant United States Attorney (rebecca.sussman@usdoj.gov), in substitution for Anthony Torntore, Assistant United States Attorney, who previously appeared in this matter.

                                        PHILIP R. SELLINGER
                                        United States Attorney

                                        s/Rebecca Sussman

                                        By:  Rebecca Sussman
                                        Assistant United States Attorney

Dated: June 13, 2023